# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE INGRAM,<br><br>    Plaintiff,<br><br> v.<br><br>ETHRIDGE,<br><br>    Defendant.<br>_____ / | CASE NO. 1:09-cv-02048-SKO PC<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HER<br><br>(Doc. 17)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY ON LITIGATION OFFICE AT KVSP, CDCR LEGAL AFFAIRS, AND DEFENDANT ETHRIDGE AT ADDRESS TO BE PROVIDED BY USM |

  Plaintiff Tyrone Ingram, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 23, 2009. On February 17, 2011, the Court directed the United States Marshal to initiate service on Defendant Ethridge. Defendant Ethridge executed a waiver of service of the summons and complaint, Fed. R. Civ. P. 4(d), and her response to the complaint was due on or before July 15, 2011, Fed. R. Civ. P. 12(a), 6(d). However, no response has been filed.

  Accordingly, it is HEREBY ORDERED that:

  1. Within **thirty (30) days** from the date of service of this order, Defendant Ethridge shall show cause why default should not be entered against her;

  2. To facilitate her ability to comply with this order, Defendant Ethridge's obligation to respond to the complaint is extended thirty (30) days from the date of service of this order;

///

1

3. The Clerk's Office shall serve a courtesy copy of this order on the Litigation Office at Kern Valley State Prison, the Legal Affairs Division of the California Department of Corrections and Rehabilitation, and Defendant Ethridge at the address provided to the USM by CDCR; and

4. The USM shall provide Defendant Ethridge's address to the Court so that courtesy service of this order may be effected, with the confidentiality of the address to be maintained by the Court.

IT IS SO ORDERED.

**Dated:   July 26, 2011**                                          /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE