IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE INGRAM, | 1:09-cv-02048-SKO (PC) |
|     Plaintiff, | ORDER GRANTING A THIRTY-DAY EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT |
|     vs. | |
| ETHRIDGE, | (Document #21) |
|     Defendant. | 30-DAY DEADLINE |
| _____/ | |

On August 24, 2011, non-party California Department of Corrections and Rehabilitation made a limited appearance to respond to the Court's order to show cause and request that Defendant Ethridge be granted a thirty-day extension of time to file a response to Plaintiff's complaint.

Good cause having been shown, Defendant Ethridge is HEREBY GRANTED a thirty-day extension of time to respond to Plaintiff's complaint.

IT IS SO ORDERED.

**Dated:   August 26, 2011**          /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE